UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONNA SAUNDERS,

    Plaintiff,

v.

BENJAMIN STAPLES and
THE F.A. BARTLETT TREE
EXPERT CO., INC.,

    Defendants.

Civil Action No.

## APPEARANCE

Please enter my appearance as counsel for defendants Benjamin Staples and The F.A. Bartlett Tree Expert Co., Inc.

Dated: February 16, 2005

Respectfully submitted,

_____
Eric L. Yaffe BBO # 548185
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC 20037
(202) 333-8800
(202) 625-3301 FAX

Attorney for Defendants
Benjamin Staples and The F.A. Bartlett Tree
Expert Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing APPEARANCE was served this 16th day of February, 2005, by first class United States mail, postage prepaid, to the following:

Ronald L. Brandt, Esq.
44 Washington Street
Wellesley, MA 02481

Attorney for Plaintiff

_____
Eric L. Yaffe

BD0057

2