UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 17 A 11: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

DONNA SAUNDERS,

   Plaintiff,

v.

BENJAMIN STAPLES and
THE F.A. BARTLETT TREE
EXPERT CO., INC.,

   Defendants.

Civil Action No.

05 10318 NG

## CORPORATE DISCLSOURE STATEMENT OF THE F.A. BARTLETT TREE EXPERT CO. INC.

Pursuant to Local Civil Rule 7.3, defendant The F.A. Bartlett Tree Expert Co., Inc. ("Bartlett Tree") states that it has no corporate parent. Bartlett Tree further states that there are no publicly held companies that own 10% or more of Bartlett Tree's stock.

Dated: February 16, 2005

        Respectfully submitted,

        _____
        Eric L. Yaffe BBO # 548185
        Gary L. Lieber
        Anessa Abrams
        Schmeltzer, Aptaker & Shepard, P.C.
        2600 Virginia Avenue, N.W.
        Suite 1000
        Washington, DC 20037
        (202) 333-8800
        (202) 625-3301 FAX

        Attorneys for Defendants
        Benjamin Staples and The F.A. Bartlett Tree
        Expert Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing CORPORATE DISCLSOURE STATEMENT OF THE F.A. BARTLETT TREE EXPERT CO. INC. was served this 16th day of February, 2005, by first class United States mail, postage prepaid, to the following:

Ronald L. Brandt, Esq.
44 Washington Street
Wellesley, MA 02481

Attorney for Plaintiff

BC9449

_____
Eric L. Yaffe