UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONNA SAUNDERS,                        :

          Plaintiff,                   :        Civil Action No.

     v.                                :

BENJAMIN STAPLES and                   :
THE F.A. BARTLETT TREE
EXPERT CO., INC.,                      :

          Defendants.                  :

## MOTION FOR ANESSA ABRAMS TO APPEAR *PRO HAC VICE*

Defendants Benjamin Staples ("Staples") and The F.A. Bartlett Tree Expert Co., Inc.

("Bartlett Tree") hereby move, pursuant to Local Rule 83.5.3(b) and the attached certification,

that the Court admit Anessa Abrams *pro hac vice* to represent Staples and Bartlett Tree in this

matter. As grounds for this motion, defendants state as follows:

    1.    Anessa Abrams is an attorney in the firm of Schmeltzer, Aptaker & Shepard, P.C.,

2600 Virginia Avenue, N.W., Suite 1000, Washington, D.C. 20037. She regularly acts as

outside counsel to Bartlett Tree. She is a member in good standing of the bar of every

jurisdiction in which she has been admitted to practice.

    2.    Eric L. Yaffe, a member of the bar of the Commonwealth of Massachusetts and of

this Court, has entered an appearance on behalf of defendants.

Dated: February 16, 2005

Respectfully submitted,

Eric L. Yaffe BBO #548185
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC 20037
(202) 333-8800
(202) 625-3301 FAX

Attorney for Defendants
Benjamin Staples and The F.A. Bartlett Tree
Expert Co., Inc.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Anessa Abrams, hereby certify as follows:

1.      I am a member in good standing of the bars of Maryland and the District of Columbia.

2.      I am a member in good standing in every jurisdiction in which I am admitted to practice.

3.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.      I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this _16_ day of February, 2005, in Washington, D.C.


_____

Anessa Abrams

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION FOR ANESSA
ABRAMS TO APPEAR *PRO HAC VICE* was served this 16th day of February, 2005, by first
class United States mail, postage prepaid, to the following:


    Ronald L. Brandt, Esq.
    44 Washington Street
    Wellesley, MA 02481

    Attorney for Plaintiff


BD0867                              Eric L. Yaffe