UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA SAUNDERS,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN STAPLES and<br>THE F.A. BARTLETT TREE<br>EXPERT CO., INC.,<br><br>    Defendants. | :<br>:<br>:  Civil Action No. 05-10318-NG<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR GARY L. LIEBER TO APPEAR *PRO HAC VICE*

Defendants Benjamin Staples ("Staples") and The F.A. Bartlett Tree Expert Co., Inc. ("Bartlett Tree") hereby move, pursuant to Local Rule 83.5.3(b) and the attached certification, that the Court admit Gary L. Lieber *pro hac vice* to represent Defendants Staples and Bartlett Tree in this matter. As grounds for this motion, defendants state as follows:

1.    Gary L. Lieber is an attorney in the firm of Schmeltzer, Aptaker & Shepard, P.C., 2600 Virginia Avenue, N.W., Suite 1000, Washington, D.C. 20037. He regularly acts as outside counsel to Bartlett Tree. He is a member in good standing of the bar of every jurisdiction in which he has been admitted to practice.

2.    Eric L. Yaffe, a member of the bar of the Commonwealth of Massachusetts and of this Court, has entered an appearance on behalf of defendants.

Dated: February 16, 2005

                          Respectfully submitted,

                          _____

                          Eric L. Yaffe/BBO # 548185
                          Schmeltzer, Aptaker & Shepard, P.C.
                          2600 Virginia Avenue, N.W.
                          Suite 1000
                          Washington, DC 20037
                          (202) 333-8800
                          (202) 625-3301 FAX

                          Attorney for Defendants
                          Benjamin Staples and The F.A. Bartlett Tree
                          Expert Co., Inc.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Gary L. Lieber, hereby certify as follows:

1. I am a member in good standing of the bars of Pennsylvania and the District of Columbia.

2. I am a member in good standing in every jurisdiction in which I am admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of February, 2005, in Washington, D.C.

_____
Gary L. Lieber

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION FOR GARY L. LIEBER TO APPEAR *PRO HAC VICE* was served this 16th day of February, 2005, by first class United States mail, postage prepaid, to the following:

Ronald L. Brandt, Esq.
44 Washington Street
Wellesley, MA 02481

Attorney for Plaintiff

BD0861

_____
Eric L. Yaffe

4