UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONNA SAUNDERS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-10318 (NG) |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN STAPLES and | : | |
| THE F.A. BARTLETT TREE | : | |
| EXPERT CO., INC., | : | |
| | : | |
| Defendants. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT**

Defendants Benjamin Staples ("Staples") and The F.A. Bartlett Tree Expert Co., Inc. ("Bartlett Tree" or "the Company") hereby move for a two-week extension of time, up to and including March 11, 2005, within which to answer or otherwise respond to plaintiff's Complaint. The grounds for this motion are as follows:

1. Plaintiff filed her Complaint in Essex County Superior Court on or about January 13, 2005.

2. Defendants received the Summons and Complaint on January 28, 2005.

3. On February 17, 2005, defendants removed the case from Essex County Superior Court to this Court.

4. Pursuant to Fed. R. Civ. P. 81(c), as computed pursuant to Fed. R. Civ. P. 6(a), defendants have until February 25, 2005 to answer or otherwise respond to plaintiff's Complaint.

5. Recently, defendants' counsel was informed that the Company's representative who oversees litigation is currently on vacation. At the same time, defendants' counsel was

informed that defendant Staples is also on vacation out of the country and that Staples is not expected to return until approximately the end of the week of February 28, 2005.

6. Accordingly, based on the foregoing, defendants' counsel has been unable to complete its investigation of plaintiff's allegations and is, therefore, unable to properly and adequately respond to plaintiff's Complaint. Defendants therefore request an extension of time up to and including March 11, 2005 to answer or otherwise respond to plaintiff's Complaint.

7. This is defendants' first request for an extension of time with respect to this deadline.

8. Pursuant to Local Civil Rule 7.1(A)(2), defendants' counsel has conferred with plaintiff's counsel regarding this motion, and plaintiff's counsel does not oppose this request.

WHEREFORE defendants respectfully request that the Court enter an Order granting defendants' motion for an extension and allowing defendants up to and including March 11, 2005 to answer or otherwise respond to plaintiff's Complaint.

Dated: February 24, 2005

Respectfully submitted,

 /s/ Eric L. Yaffe_____
Eric L. Yaffe BBO # 548185
Gary L. Lieber (admitted *pro hac vice*)
Anessa Abrams (admitted *pro hac vice*)
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC 20037
(202) 333-8800
(202) 625-3301 FAX

Attorneys for Defendants
Benjamin Staples and The F.A. Bartlett Tree
Expert Co., Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was served this 24th day of February, 2005, by first class United States mail, postage prepaid, to the following:

Ronald L. Brandt, Esq.
44 Washington Street
Wellesley, MA 02481

Attorney for Plaintiff

                                                    /s/ Eric L. Yaffe
                                                    Eric L. Yaffe

BD3533

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONNA SAUNDERS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-10318 (NG) |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN STAPLES and | : | |
| THE F.A. BARTLETT TREE | : | |
| EXPERT CO., INC., | : | |
| | : | |
| Defendants. | : | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Upon consideration of the Unopposed Motion for Extension of Time for Defendants To Answer or Otherwise Respond To Plaintiff's Complaint, and for good cause shown, it is hereby

ORDERED that the motion be and hereby is GRANTED; it is

FURTHER ORDERED that defendants shall have up to and including March 11, 2005 to answer or otherwise respond to plaintiff's Complaint.

SO ORDERED this ___ day of February, 2005.

_____
Honorable Nancy Gertner
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was served this 24th day of February, 2005, by first class United States mail, postage prepaid, to the following:

    Ronald L. Brandt, Esq.
    44 Washington Street
    Wellesley, MA 02481

    Attorney for Plaintiff


                                                              /s/ Eric L. Yaffe_____
                                                              Eric L. Yaffe

*BD3536*