UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONNA SAUNDERS,

    Plaintiff,

    V.

CASE NO. 05-10318 (NG)

BENJAMIN STAPLES and
THE F.A. BARTLETT TREE
EXPERT CO., INC.,

    Defendants.

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copy of state court record re: *Saunders v. Staples, et al.*, Civil Docket # ESCV2005-00075 (County of Essex Superior Court) [102 pages]

The original documents are maintained in the case file in the Clerk's Office.

| February 25, 2005 | /s/ Anessa Abrams |
|---|---|
| Date | Attorney for |

Defendants
Benjamin Staples and
The F.A. Bartlett Tree Expert Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF FILING WITH CLERK'S OFFICE** and copy of certified record from state court was served this 25th day of February, 2005, by first class United States mail, postage prepaid, to the following:

Ronald L. Brandt, Esq.
44 Washington Street
Wellesley, MA 02481

Attorney for Plaintiff

                                                /s/ Anessa Abrams
                                                Anessa Abrams

*BD4130*