UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA SAUNDERS, : | |
| : | |
| Plaintiff, : | Civil Action No. 05-10318 (NG) |
| : | |
| v. : | |
| : | |
| BENJAMIN STAPLES and : | |
| THE F.A. BARTLETT TREE : | |
| EXPERT CO., INC., : | |
| : | |
| Defendants. : | |

**DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT**

Defendants Benjamin Staples ("Staples") and The F.A. Bartlett Tree Expert Co., Inc. ("Bartlett Tree"), hereby move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss certain of plaintiff's claims against them, with prejudice.

The grounds for this motion are as follows: (1) Counts II and IV against Staples, alleging violations of Chapter 151B of the Massachusetts General Laws, must be dismissed, as plaintiff failed to exhaust her administrative remedies under Chapter 151B with respect to Staples; (2) all claims against Staples alleging a violation of Mass. Gen. Laws chapter 151B sections 4(1), 4(1B) and 4(16A) must be dismissed, as there is no individual liability for such violations under the Massachusetts statute; (3) Count VI of plaintiff's complaint against Staples must be dismissed, as there is no individual liability under Title VII of the Civil Rights Act of 1964; (4) Count VII against Bartlett Tree must be dismissed, as plaintiff's claim for intentional infliction of emotional distress against Bartlett Tree is barred by the exclusivity provision of the Massachusetts Workers Compensation Act; (5) all claims alleging a violation of Mass. Gen. Laws chapter 151B Section 4(1B) must be dismissed, as plaintiff has not set forth any allegations of age discrimination in her

complaint and plaintiff failed to exhaust her administrative remedies with respect to allegations of age discrimination, as she failed to file a MCAD charge alleging age discrimination; and (6) all claims alleging a violation of Mass. Gen. Laws chapter 151B section 4(4A) must be dismissed, as plaintiff failed to exhaust her administrative remedies with respect to any violation of section 4(4A), as she did not file a MCAD charge alleging such a violation.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument, as they believe such argument will assist the Court in rendering a decision on this motion.

## Local Rule 7.1(A)(2) Certification

Counsel for Defendants certifies that they have conferred with counsel for Plaintiff and have attempted in good faith but without success to resolve or narrow the issues herein.

Dated: March 10, 2005

                                        Respectfully submitted,

                                        /s/ Anessa Abrams
                                        Eric L. Yaffe BBO # 548185
                                        Gary L. Lieber (admitted *pro hac vice*)
                                        Anessa Abrams (admitted *pro hac vice*)
                                        Schmeltzer, Aptaker & Shepard, P.C.
                                        2600 Virginia Avenue, N.W.
                                        Suite 1000
                                        Washington, DC 20037
                                        (202) 333-8800
                                        (202) 625-3301 FAX

                                        Attorneys for Defendants
                                        Benjamin Staples and The F.A. Bartlett Tree
                                        Expert Co., Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT** was served this 10th day of March, 2005, by first class United States mail, postage prepaid, to the following:

Ronald L. Brandt, Esq.
44 Washington Street
Wellesley, MA 02481

Attorney for Plaintiff

      /s/ Anessa Abrams_____
      Anessa Abrams

BD2440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONNA SAUNDERS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-10318 (NG) |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN STAPLES and | : | |
| THE F.A. BARTLETT TREE | : | |
| EXPERT CO., INC., | : | |
| | : | |
| Defendants. | : | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT**

Upon consideration of Defendants' Motion for Partial Dismissal of Plaintiff's Complaint, any opposition thereto, and for good cause shown, it is hereby

ORDERED that Defendants' Motion for Partial Dismissal of Plaintiff's Complaint be and hereby is GRANTED; it is

FURTHER ORDERED that Counts II, IV, VI, and VII of plaintiff's complaint be and hereby are DISMISSED WITH PREJUDICE; it is

FURTHER ORDERED that all claims alleging a violation of Mass. Gen. Laws chapter 151B sections 4(1B) and 4(4A) be and hereby are DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that all claims against Staples alleging a violation of Mass. Gen. Laws chapter 151B sections 4(1), 4(1B), and 4(16A) be and hereby are DISMISSED WITH PREJUDICE.

2

SO ORDERED this _____ day of _____, 2005.


_____
Honorable Nancy Gertner
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT** was served this 10th day of March, 2005, by first class United States mail, postage prepaid, to the following:

Ronald L. Brandt, Esq.
44 Washington Street
Wellesley, MA 02481

Attorney for Plaintiff


        __/s/ Anessa Abrams_____
        Anessa Abrams

BD2755