UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 11  P 1:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DONNA SAUNDERS,<br>Plaintiff<br><br>v.<br><br>BENJAMIN STAPLES and<br>F. A. BARTLETT TREE<br>EXPERTS, CO.,<br>Defendants | Civil Action No. 05-10318NG |

### NOTICE OF VOLUNTARY DISMISSAL OF COUNTS V AND VI OF THE PLAINTIFF'S COMPLAINT PURSUANT TO RULE 41(a)(1)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Now comes the Plaintiff, Donna Saunders, who dismisses Counts V and VI of her complaint, with prejudice.

Respectfully submitted,
Donna Saunders,
By her Attorney,

Ronald A. Brandt
44 Washington Street
Wellesley, MA 02481
(781) 237-2227
BBO# 054170

Date:  March 10, 2005

## CERTIFICATE OF SERVICE

I, Ronald L. Brandt, Attorney for the Complainant, hereby certify that I served the Voluntary Dismissal of Counts V and VI of the Plaintiff's Complaint pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure to the Defendants by mailing a copy thereof, first class mail, postage prepaid to:

Eric L. Yaffe, Esq.,
Gary L. Lieber, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest, Suite 1000
Washington, D.C. 20037-1922

Signed under the pains and penalties of perjury, this 10th day of March, 2005.

_____
Ronald L. Brandt