# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA SAUNDERS,<br>     Plaintiff )<br><br>   v. )<br><br>BENJAMIN STAPLES and<br>F. A. BARTLETT TREE<br>EXPERTS, CO.,<br>     Defendants ) | Civil Action No. 05-10318NG |

## PLAINTIFF'S MOTION TO REMAND CASE TO ESSEX COUNTY SUPERIOR COURT

Now comes the Plaintiff, Donna Saunders, who respectfully moves this Honorable Court to remand this action to the Essex County Superior Court.

As grounds therefore, the Plaintiff states:

1.    This action was originally filed in the Essex County Superior Court on January 13, 2005 and removed to this Honorable Court on by the Defendants on February 16, 2005.

2.    The basis for removal, pursuant to 28 U.S.C., sec. 1441, was he Plaintiff's claims pursuant to 42 U.S.C., sec. 2000e-(2)(a)(1) and (2), as set forth in Counts V and VI of the Complaint.

3.    Counts I, II, III and IV of the Plaintiff's Complaint were brought alleging violations of M.G.L. c. 151B, while Counts VII and VIII arose under the common law of Massachusetts.

4.    The Plaintiff has filed a voluntary dismissal of Counts V and VII, pursuant to Rule 41 (a)(1)(i) of the Federal Rule of Civil Procedure, with prejudice.

5.    Under the circumstances, with Voluntary Dismissal of Counts V and VI of the Plaintiff's Complaint, there no longer exists a basis for subject matter jurisdiction in this Honorable Court.

In  further  support  hereof,  the  Plaintiff  respectfully  submits  a Memorandum of Law.

**WHEREFORE,** the Plaintiff respectfully submits that this Honorable Court should exercise its discretion and remand this action to the Essex Superior Court

Respectfully submitted,
Donna Saunders,
By her Attorney,

Ronald L. Brandt
44 Washington Street
Wellesley, MA 02481
(781) 237-2227
BBO# 054170

Date:  March 10, 2005