**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DONNA SAUNDERS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-10318 (NG) |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN STAPLES and | : | |
| THE F.A. BARTLETT TREE | : | |
| EXPERT CO., INC., | : | |
| | : | |
| Defendants. | : | |

**MOTION FOR STAY OF ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

Defendants Benjamin Staples ("Staples") and The F.A. Bartlett Tree Expert Co., Inc.

("Bartlett Tree" or "the Company") hereby move for a stay of this Court's March 17, 2005 Order

granting Plaintiff's Motion to Remand in order to allow defendants to file a motion for

reconsideration of the Court's March 17 Order.  The grounds for this motion are as follows:

1.      Plaintiff filed her Complaint in Essex County Superior Court on or about January

13, 2005.

2.      On February 17, 2005, defendants removed the case from Essex County Superior

Court to this Court.

3.      On March 10, 2005, defendants filed the "Answer of Defendants Staples and

Bartlett Tree to Plaintiff's Complaint" and "Defendants' Motion for Partial Dismissal of

Plaintiff's Complaint," with an accompanying memorandum of law.

4.      On March 11, 2005 – one day later – plaintiff filed a "Notice of Voluntary

Dismissal of Counts V and VI of the Plaintiff's Complaint Pursuant to Rule 41(a)(1)(i) of the

Federal Rules of Civil Procedure" and "Plaintiff's Motion to Remand Case to Essex County

Superior Court," with an accompanying memorandum of law.  The Certificate of Service for

plaintiff's filings is dated March 10, 2005. Pursuant to Local Civil Rule 7.1(B)(2), an opposition to a motion must be filed within 14 days after service of the motion. Accordingly, defendants' opposition to plaintiff's Motion to Remand is due March 24, 2005.

5. On March 16, 2005, defendants' counsel conferred with plaintiff's counsel regarding whether plaintiff's counsel would agree to a one week extension of time, up to and including March 31, 2005, within which defendants could respond to plaintiff's Notice of Voluntary Dismissal and plaintiff's Motion to Remand. Plaintiff's counsel agreed to this request. Defendants' counsel drafted a motion for an extension of time which was to be filed on March 17, 2005. When counsel arrived at the office on March 17, counsel discovered that the Court had already granted plaintiff's Motion to Remand, by Order dated March 17, 2005. In the March 17 Order, the Court stated, among other things, that the motion was granted "since the plaintiff has voluntarily dropped any and all federal causes of action which entitled her to removal." Accordingly, the Court declined to maintain its supplemental jurisdiction over plaintiff's state law claims. The Order granting plaintiff's motion to remand the case was entered before the deadline for filing an opposition had expired.

6. Defendants intend to file a motion for reconsideration of the Court's March 17 Order granting plaintiff's motion to remand. This requested stay is necessary so that this Court retains jurisdiction to decide defendants' motion for reconsideration.

7. Pursuant to Local Civil Rule 7.1(A)(2), defendants' counsel has conferred with plaintiff's counsel regarding this motion, and plaintiff's counsel opposes this request.

WHEREFORE defendants respectfully request that the Court enter an Order staying its March 17 Order granting plaintiff's motion to remand and an Order that the Clerk of Court not certify this case back to the state court.

Dated: March 17, 2005

Respectfully submitted,


_/s/ Anessa Abrams_____
Eric L. Yaffe BBO # 548185
Gary L. Lieber (admitted *pro hac vice*)
Anessa Abrams (admitted *pro hac vice*)
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC 20037
(202) 333-8800
(202) 625-3301 FAX

Attorneys for Defendants
Benjamin Staples and The F.A. Bartlett Tree
Expert Co., Inc.


BE1758

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DONNA SAUNDERS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-10318 (NG) |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN STAPLES and | : | |
| THE F.A. BARTLETT TREE | : | |
| EXPERT CO., INC., | : | |
| | : | |
| Defendants. | : | |

**[PROPOSED] ORDER GRANTING MOTION**
**FOR STAY OF ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

Upon consideration of the Motion for Stay of Order Granting Plaintiff's Motion to

Remand, any opposition thereto and for good cause shown, it is hereby

ORDERED that the motion be and hereby is GRANTED; it is

FURTHER ORDERED that this Court's March 17, 2005 Order granting plaintiff's

Motion to Remand be and hereby is STAYED; it is

FURTHER ORDERED that the Clerk of Court not certify this case back to state court; it

is

FURTHER ORDERED that defendants' shall file their motion for reconsideration of this

Court's March 17, 2005 Order on or before March 31, 2005.

SO ORDERED this ___ day of March, 2005.

_____
Honorable Nancy Gertner
United States District Judge

BE1760