UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONNA SAUNDERS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-10318 (NG) |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN STAPLES and | : | |
| THE F.A. BARTLETT TREE | : | |
| EXPERT CO., INC., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION FOR RECONSIDERATION OF COURT'S MARCH 17, 2005 ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

Defendants Benjamin Staples ("Staples") and The F.A. Bartlett Tree Expert Co., Inc. ("Bartlett Tree") hereby move for reconsideration of this Court's March 17, 2005 Order granting plaintiff's Motion to Remand.

Due to the removal of this action from state court to this Court, this Court has jurisdiction over this entire action. Plaintiff's voluntary dismissal of her federal claims does not divest this Court of jurisdiction. This Court should exercise its discretion to maintain jurisdiction over this action, pursuant to 28 U.S.C. § 1367. Moreover, the claims against Staples are not viable causes of action and, accordingly, Staples has been fraudulently joined in this action. Absent Staples, this Court has original jurisdiction over this action, as there is complete diversity between plaintiff and Bartlett Tree, pursuant to 28 U.S.C. § 1332.

The grounds for this motion are set forth in detail in defendants' accompanying memorandum of law and the Declaration of Anessa Abrams, Esquire, submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request oral argument, as they believe such argument will assist the Court in rendering a decision on this motion.

**Local Rule 7.1(A)(2) Certification**

Counsel for Defendants certifies that they have conferred with counsel for Plaintiff. Plaintiff opposes this motion.

Dated: March 22, 2005

                                        Respectfully submitted,

                                         /s/ Anessa Abrams
                                        Eric L. Yaffe BBO # 548185
                                        Gary L. Lieber (admitted *pro hac vice*)
                                        Anessa Abrams (admitted *pro hac vice*)
                                        Schmeltzer, Aptaker & Shepard, P.C.
                                        2600 Virginia Avenue, N.W.
                                        Suite 1000
                                        Washington, DC 20037
                                        (202) 333-8800
                                        (202) 625-3301 FAX

                                        Attorneys for Defendants
                                        Benjamin Staples and The F.A. Bartlett Tree
                                        Expert Co., Inc.

BE1770

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONNA SAUNDERS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-10318 (NG) |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN STAPLES and | : | |
| THE F.A. BARTLETT TREE | : | |
| EXPERT CO., INC., | : | |
| | : | |
| Defendants. | : | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR RECONSIDERATION OF COURT'S MARCH 17, 2005 ORDER GRANTING
PLAINTIFF'S MOTION TO REMAND**

Upon consideration of Defendants' Motion for Reconsideration of Court's March 17, 2005 Order Granting Plaintiff's Motion to Remand, any opposition thereto and for good cause shown, it is hereby

ORDERED that the motion for reconsideration be and hereby is GRANTED; it is

FURTHER ORDERED that this Court has reconsidered its March 17, 2005 Order and, upon reconsideration, DENIES plaintiff's Motion to Remand; it is

FURTHER ORDERED that the portion of this Court's March 17, 2005 Order granting plaintiff's Motion to Remand be and hereby is VACATED; it is

FURTHER ORDERED that plaintiff's claims under Title VII of the Civil Rights Act of 1964 be and hereby remain DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that this Court has jurisdiction over this action.

2

SO ORDERED this ___ day of March, 2005.

                                                                               _____

Honorable Nancy Gertner
United States District Judge

BE2363

2