UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DONNA SAUNDERS,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-10318-NG |
| ) | |
| **BENJAMIN STAPLES, and BARTLETT** ) | |
| **TREE EXPERT CO., INC.,** ) | |
| Defendants. ) | |

**GERTNER, D.J.**

### ORDER OF REMAND

For the reasons set forth in this Court's electronic order of May 9, 2005, plaintiff's Motion to Remand [docket entry # 12] the above-entitled case is **GRANTED** and defendant's Motion for Reconsideration [docket entry # 15] is **DENIED**.

This case is hereby **REMANDED** to Essex County Superior Court.

**SO ORDERED.**

Date: May 11, 2005                    /s/NANCY GERTNER, U.S.D.J.